IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:21-cv-546

| | |
|---|---|
| PICKUP & GO MOVING INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Defendant. | **REPORT OF CASE SETTLEMENT** |

The parties, by and through the undersigned counsel, hereby report and present to the Court notification that this case has been resolved in its entirety and there is nothing left to be heard. The parties represent to the Court and agree that:

1) The parties are in the process of finalizing a Settlement Agreement & Release and that the financial terms of settlement have been agreed upon.

2) The Plaintiff will file a Voluntary Dismissal with Prejudice of all claims no later than 7 days from receipt of the agreed upon sum from the Defendant.

3) That the Plaintiff and Defendant have ceased Discovery and Mediation efforts in this matter for the above stated reasons.

Respectfully submitted this the 11th day of November, 2021.

[Signatures Follow]

| TLG LAW | BUTLER WEIHMULLER KATZ CRAIG LLP |
|---|---|
| /s/ Ty K. McTier<br>Ty K. McTier<br>NC Bar No.: 49401<br>Ryan Simpson<br>NC Bar No.: 53608<br>2907 Providence Road, Suite 303<br>Charlotte, NC 28277<br>PH: (336) 293-9000<br>FX: (336) 293-9030<br>E: tmctier@tlg-law.com<br>*Attorneys for Plaintiff* | /s/ Ryan P. Duffy<br>L. Andrew Watson<br>NC Bar No.: 41812<br>Ryan P. Duffy<br>NC Bar No.: 55904<br>11605 North Community House Rd., Suite 150<br>Charlotte, North Carolina 28277<br>PH: (704) 543-2321<br>FX: (704) 543-2324<br>E: awatson@butler.legal<br>E: rduffy@butler.legal<br>*Attorneys for Liberty Mutual Insurance Company* |