IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH
CAROLINACHARLOTTE DIVISION
CIVIL ACTION NO.: 3:21-cv-546

| | |
|---|---|
| PICKUP & GO MOVING INTERNATIONAL, INC., </br>  Plaintiff, </br> </br> v. </br> </br> LIBERTY MUTUAL INSURANCE COMPANY, </br>  Defendant. | ) </br> ) </br> ) </br> ) STIPULATION OF </br> ) DISMISSAL </br> ) </br> ) </br> ) </br> ) |

The Parties by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby voluntarily dismisses with prejudice by stipulation all causes of action in this suit. Each party shall bear their own costs.

This the 14th day of January, 2022.

/s/Ty K. McTier
Ty K. McTier
*Attorney for Plaintiff*
TLG Law
2907 Providence Road, Suite 303
Charlotte, NC 28211

/s/Ryan P. Duffy
L. Andrew Watson
Ryan P. Duffy
Attorneys for Defendant
11605 North Community House Road
Suite 150

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2022, I served a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** by this Court's ECF Filing:

>L. Andrew Watson
>Ryan P. Duffy
>11605 North Community House Road, Suite 150
>Charlotte, North Carolina 28277

>*/s/ Ty K. McTier*
>Ty K. McTier

2

Case 3:21-cv-00546-RJC-DSC   Document 11   Filed 01/14/22   Page 2 of 2